STATE of Missouri, Respondent,

v.

Kenneth JOHNSON, Appellant.

No. WD 54178.

Missouri Court of Appeals,
Western District.

April 7, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cristi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and HANNA and SMART, JJ.

### ORDER

PER CURIAM.

Kenneth Johnson appeals the circuit court's judgment of his jury convictions and sentences for first-degree robbery, § 569.020,

RSMo 1994, and armed criminal action, § 571.015, RSMo 1994.

Judgment affirmed. Rule 30.25(b).